JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLEN L. LODGE, | ) | Case No. EDCV 09-633-CAS (DTB) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| DEBRA HERDON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that petitioner's request for evidentiary hearing is denied, the Petition is denied and this action is dismissed with prejudice.

DATED: March 4, 2010

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE